

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

AMER IQBAL

CRIMINAL NO. 2009 CF2 003903

ISSUED BY: GREGORY E JACKSON

*1:09-MJ-120W*

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

**BASIS FOR WARRANT AND DESCRIPTION OR CHARGES:**

Felony Assault

Defendant failed to Appear for Show Cause

This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d) (1996)

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 5/1/2009

BAIL FIXED BY THE COURT
AT: No bond

BY: _____
Superior Court of the District of Columbia
Judge/Magistrate Judge

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |



cdfbw.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA

vs.

AMER IQBAL

CRIMINAL NO. 2009 CF2 003903

ISSUED BY: GREGORY E JACKSON

*1:09-mj-120w*

## BENCH WARRANT

May be served at any place within the jurisdiction of the United States

*Unless Specified Otherwise Below*

TO: The United States Marshal for the Superior Court of America or any other authorized federal officer or the Chief of Police for the District of Columbia.

GREETINGS; YOU ARE HEREBY COMMANDED to arrest the <u>above-named</u> person and bring that person before this Court or other Court enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below.
( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

---

**BASIS FOR WARRANT AND DESCRIPTION OR CHARGES:**

Felony Assault

Defendant failed to Appear for Show Cause

---

This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d) (1996)

*SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT-THIS SECTION VALID ONLY IF COMPLETED*

Extraterritorial Service of this Warrant is limited to:

---

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court on this date 5/1/2009

BAIL FIXED BY THE COURT
AT: No bond

Superior Court of the District of Columbia

BY: _____
Judge/Magistrate Judge

---

| Date Received: | Return: This warrant was received and executed with the arrest of the above named person. |
|---|---|
| Date Executed: | Signature of Arresting Officer |



cdfbw.doc

# D.C. Superior Court
## Bench Warrant Routing Slip

Amer Iqbal       ;     09CF2-3903     Greg Jackson
**Defendants Name**      **DOB**     **DC/SC Case Number**     **Issuing Judge**

Dc Superior Court Warrant Office: NO PROBATION VIOLATION

Forthwith Bench Warrant (*circle*): YES or (NO)

Jeff Luridian      [signature]      5/4/09
**Received By (Name Printed)**     **Signature**     **Date**     **Time**

Us Marshals Service: From Dc Superior Court Warrant Office

| Received By (Name Printed) | Signature | Date | Time |
|---|---|---|---|
| | | | |

## Closure from the Court

Reason for Closure:
Judge's Name:
Us Marshals Service Notified Of Closure By Dc Superior Court Warrant Office:

| Received By (Name Printed) USMS Personnel | Signature | Date | Time |
|---|---|---|---|
| | | | |

## Bench Warrant Executed

- ☐ By U.S Marshals Service
- ☐ By Dc MPD
- ☐ Other:

Executed/Quashed warrant returned to DC superior court warrant office:

| Received By (Name Printed) DC Superior Court Personnel | Signature | Date | Time |
|---|---|---|---|
| | | | |

PAGE 2

CRIMINAL NO: 2009 CF2 003903

U.S.C.A. § 18-3401 (1985 & Supp. 1998)

"For any offense against the United States, the offender may, by any justice or judge of the United States, or by any United States magistrate, or by any chancellor, judge of a supreme or superior court, chief or first judge of common pleas, mayor of a city, justice of the peace, or other magistrate, of any state where the offender may be found, and at the expense of the United States, be arrested or imprisoned or released as provided in Chapter 207 of this title, as the case may be, for trial before such court of the United States as by law has cognizance of the offense."

D.C. Code Ann. § 23-563 (a)(1996)

"A warrant or summons for an offense punishable by imprisonment for more than one year issued by the Superior Court of the District of Columbia may be served at any place within the jurisdiction of the United States."

D.C. Code Ann. § 23-563 (a)(1996)

"A person arrested outside the District of Columbia on a warrant issued by the Superior Court of the District of Columbia shall be taken before a judge, commissioner, or magistrate, and held to answer in the Superior Court pursuant to the Federal Rules of Criminal Procedure as if the warrant had been issued by the United States District Court for the District of Columbia."

D.C. Code Ann. § 23-1329 (b)(1996)

"A warrant for the arrest of a person charged with violating a condition of release may be issued by a judicial officer and if such person is outside the District of Columbia, he shall be brought before a judicial officer in the district where he is arrested and shall then be transferred to the District of Columbia for proceedings in accordance with this section".

D.C. Code Ann. § 23-1329 (d)(1996)

"Any warrant issued by a judge of the Superior Court for violation of release conditions or for contempt of court, for failure to appear as required, or pursuant to § 13-1322(d)(7), may be executed at any place within the jurisdiction of the United States. Such warrants shall be executed by a United States Marshal or by any other officer authorized by law."

D.C. Code Ann. § 24-301 (i)(1996)

"When a person has been ordered confined in a hospital for the mentally ill pursuant to this section and has escaped from such hospital, the court which ordered confinement shall, upon request of the government, order the return of the escaped person to such hospital. The return order shall be effective throughout the United States. Any federal judicial officer within whose jurisdiction the escaped person shall be found, upon receipt of the return order issued by the committing court, cause such person to be apprehended and delivered up for return to such hospital."

| REASON FOR ISSUANCE OF WARRANT | IN VIOLATION OF |
|---|---|
| Failure to Appear Generally | D.C. CODE Ann. § 23-1327 (1996) |
| Failure to Appear- Witness | D.C. CODE Ann. § 23-1326 (1996) |
| Failure to Appear- Sentencing | D.C. CODE Ann. § 23-1327 (1996) |
| Failure to Appear- Extradition Hearing | D.C. CODE Ann. § 23-703 (1996) |
| Violation of Conditions of Release | D.C. CODE Ann. § 23-1321 (c) (1) (B) (i) (1996) |
| Escape from Jail | D.C. CODE Ann. § 22-2601 (1996) |
| Escape from Mental Hospital | D.C. CODE Ann. § 24-301 (d)(1) (1996) |

cdfbw.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### COMPLAINT

72090068
1:09-MJ-120/M
09CRW002561

District of Columbia ss:

Defendant's Name: **AMER** (First)    (MI)   **IQBAL** (Last)   **605-539** (PDID)

Address: **NO FIXED ADDRESS**

Between on or about January 15, 2009 and February 2, 2009, within the District of Columbia, AMER IQBAL, on more than one occasion, unlawfully engaged in conduct with the intent to cause emotional distress to TRICIA RILEY and placed TRICIA RILEY in reasonable fear of death or bodily injury by willfully, maliciously and repeatedly following and harassing TRICIA RILEY, in violation of a permanent injunction issued by Judge Lynn Leibovitz on October 11, 2007, in case 2007-CA-113B, prohibiting AMER IQBAL from contacting TRICIA RILEY. (Contempt, in violation of 22 D.C. Code, Section 404(c) (2001 ed.))

_Tommy M. Miller_
Affiant's Name

Subscribed and sworn to before me this 6th day of February, 2009

_Bruce D. Beaudin_
(Judge)   (Deputy Clerk)

2/5/09

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

Issued **2/6/09**    _Bruce D. Beaudin_
Judge
Superior Court of the District of Columbia

| Sex: | DOB: | CCN: | PDID: |
|---|---|---|---|
| Papering Officer: Tommy M. Miller  DQ1-4590 | | | Badge No.: 101 |

OFFICER MUST EXECUTE RETURN

Officer's Name: _Tommy M. Miller_

AUSA Signature: _LuluAnne Listerman_

Date / Time: 2/6/09  9:40

Fel. I []   AFTC []   Domestic []

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

09CRW002561

USW NO.:

### AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

| DEFENDANT'S NAME: Iqbal, Amer | NICKNAME: | ALIASES: | CCN: | PDID: 605-539 |
|---|---|---|---|---|

| SEX: M | RACE: W | DOB: | HGT: 5'8" | WGT: 140 | EYES: BRN | HAIR: BLK | COMPL.: | SCARS, MARKS, TATTOOS: |
|---|---|---|---|---|---|---|---|---|

| DEFENDANT'S ADDRESS: No Fixed Address | TELEPHONE NUMBER: N/A |
|---|---|
| DEFENDANT'S BUSINESS ADDRESS: Unknown | TELEPHONE NUMBER: N/A |
|  | TELEPHONE NUMBER: |

| COMPLAINANT'S NAME: DC Superior Court | | |
|---|---|---|
| LOCATION OF OFFENSE: 500 Indiana Avenue, NW, Washington, DC 20001 | DATE OF OFFENSE: February 5, 2009 | TIME OF OFFENSE: 11:30am |

**CAUTION AND MEDICAL CONDITIONS (CMC)** Select a valid CMC code below for wanted person when using the caution indicator.

- 00 = Armed and Dangerous
- 05 = Violent Tendencies
- 10 = Martial Arts Expert
- 15 = Explosive Expertise
- 20 = Known to abuse drugs
- 25 = Escape Risk
- 30 = Sexually Violent Predator
- 50 = Heart Condition
- 55 = Alcoholic
- 60 = Allergies
- 65 = Epilepsy
- 70 = Suicidal
- 80 = Medication Required
- 85 = Hemophiliac
- 90 = Diabetic
- 01 = Other (Explain)

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

The complainant, Tricia Riley is employed by Georgetown University Hospital, where she treated the son of AMER IQBAL on June 5, 2006. For the next several months following this 15 minute visit, AMER IQBAL sent emails to Ms. Riley, called her multiple times, and went to Georgetown University Hospital to see her, after Ms. Riley had told him numerous times that she did not want him to contact her anymore. AMER IQBAL also visited the home of the complainant's parents in an effort to contact her. AMER IQBAL suffers from the delusion that he is married to the complainant.

Ms. Riley sought a civil restraining order against AMER IQBAL. On October 11, 2007 Judge Lynn Liebovitz issued a Permanent Injunction barring AMER IQBAL from coming within 1000 feet of the complainant or from contacting her or any family members. He was also barred from coming within 1000 feet of Georgetown University Hospital, and from representing to anyone that he is married to the complainant.

Following this order AMER IQBAL contacted the complainant again on November 8, 2007, by emailing her and then visiting the hospital in order to see her. For this conduct, he pleaded guilty to Attempt Stalking and was sentenced to 180 days, execution suspended.

Beginning on January 15, 2009, AMER IQBAL began contacting the complainant again via email and voicemail messages at her work. He has sent her 11 emails since that date. On February 2, 2009, AMER IQBAL returned to Georgetown University Hospital in an attempt to see the complainant and instead spoke to John Bertolotti, head of security for the hospital, who has met the defendant before. His conduct has caused the complainant to fear for her safety and to suffer emotional distress.

AFFIANT'S SIGNATURE: X _Tommy T. O'Kelly_

PLEASE ISSUE A WARRANT FOR: sub _Amer Iqbal_

CHARGED WITH: _Contempt_

_Stephanie R___ 2/5/09
ASSISTANT UNITED STATES ATTORNEY

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF ___

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

NCIC OK

p 1 of 2 BDB

## Superior Court of the District of Columbia
### CRIMINAL DIVISION

09CRW002561

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

| DEFENDANT'S NAME: Iqbal, Amer | NICKNAME: | ALIASES: | CCN: | PDID: 605-539 | USW NO.: |

| SEX: M | RACE: W | DOB: 01 | HGT: 5'8" | WGT: 140 | EYES: BRN | HAIR: BLK | COMPL: | SCARS, MARKS, TATTOOS: |

DEFENDANT'S HOME ADDRESS: No Fixed Address
TELEPHONE NUMBER: N/A

DEFENDANT'S BUSINESS ADDRESS: Unknown
TELEPHONE NUMBER: N/A

COMPLAINANT'S NAME: DC Superior Court
TELEPHONE NUMBER:

LOCATION OF OFFENSE: 500 Indiana Avenue, NW, Washington, DC 20001
DATE OF OFFENSE: February 5, 2009
TIME OF OFFENSE: 11:30am

**CONTINUANCE OF BRIEF DESCRIPTION OF WHAT HAPPENED:** (PAGE ___ OF ___)

On February 4, 2009, the complainant was shown a photograph of AMER IQBAL, who she identified as the person who has been emailing her and calling her at work in violation of the Permanent Injunctions. On February 5, 2009, Mr. Bertolotti was shown a photograph of AMER IQBAL and identified him as the person who came to the hospital on February 2, 2009, and asked to see the complainant.

On February 5, 2009, AMER IQBAL again responded to Georgetown University Hospital and was arrested on a bench warrant issued by DC Superior Court (OCA#0071585228). In light of the aforementioned facts, this Investigator respectfully requests that a DC Superior Court Arrest Warrant be issued for the arrest of IQBAL, AMER, W/M, 01/02/1975, 5'8", 140lbs, for Contempt for purposely and repeatedly violating the Permanent Injunction issued by Judge Lynn Leibovitz.

2/5/09

PLEASE ISSUE A WARRANT FOR:
Amer Iqbal
CHARGED WITH: Contempt

_Stephen B____ 2/5/09_
ASSISTANT UNITED STATES ATTORNEY

NCIC ok

AFFIANT'S SIGNATURE:
_Jeremy P. Phillips_

SUBSCRIBED AND SWORN TO BEFORE ME THIS
6th DAY OF February 2009
_Bruce D. Beaudin_
(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

p 2 of 2 BDB

U.S. Department of Justice

Immigration and Naturalization Service | **Immigration Detainer - Notice of Action**

| File No. |
|---|
| Date: 29 JUNE 2009 |

| To: (Name and title of institution) | From: (INS office address) US CBP |
|---|---|
| U.S. Marshals Service (HQ) DC | 49 Pavilion Avenue Providence, RI 02905 |

Name of alien: IQBAL, AMER

Date of birth: _____  Nationality: PAKISTAN  Sex: MALE

You are _____ low has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

Investigation has been initiated to determine whether this person is subject to removal from the United States. ✓

A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____.
(Date)

A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____.
(Date)

Deportation or removal from the United States has been ordered.

### It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling (401) 941-6336 during business hours or _____ after hours in an emergency.
Ext. 121

Please complete and sign the bottom block of the duplicate of this form and return it to this office. A self-addressed stamped envelope is enclosed for your convenience. Please return a signed copy via facsimile to (401) 941-6628.
(Area code and facsimile number)
Return fax to the attention of CBPOE PATALANO-MELENDEZ, at (401) 941-6628.
(Name of INS officer handling case)   (Area code and phone number)

✓ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

✓ Notify this office in the event of the inmate's death or transfer to another institution.

Please cancel the detainer previously placed by this Service on _____.

_Cynthia Sutten_____     _Chief_____
(Signature of INS official)                    (Title of INS official)

### Receipt acknowledged:

Date of latest conviction: _____ Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

| | |
|---|---|
| CASE NO. | 2009 CF2 003903 |
| DEFENDANT'S NAME: | AMER IQBAL |
| ALIAS: | "AMER IQBAL" |
| LAST KNOWN ADDRESS: | **REDACTED** |
| PLACE OF BIRTH: | |
| DATE OF BIRTH: | |
| SOCIAL SECURITY NUMBER: | **REDACTED** |
| HEIGHT | 5`08` |
| SEX: | Male |
| HAIR: | Black |
| SCARS/TATTOOS: | |
| WEIGHT | 140 |
| DCDC NO. | |
| PDID NO. | 605539 |

cdfbw.doc